# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00175SOM |
| CASE NAME: | USA vs.  (10) Chasity Kalawe |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | 10 Katherine Kealoha |
| | Ellie Asasaki (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Steve Platt |
| DATE: | 3/6/2006 | TIME: | 3:15 - 3:40 |

COURT ACTION:  EP: Sentencing to the Information; Defendant's Motion for Downward Departure; Government's Motion for Downward Departure -

Defendant (10) Chasity Kalawe present.

The Memorandum of Plea Agreement has been accepted by the Court.

The Court found that the defendant qualifies for the "safety valve" provision as set forth in 18 USC Section 3553(f)(1)-(5).

Discussion held re: issue of guardianship of the defendant's children.

Defendant's oral motion to retain an expert in custody issues (to be determined in State Court) - Granted.

Court sets a maximum amount not to exceed $125.00 an hour, up to a maximum of $2,500.00.

Ms. Kealoha to submit a report to the Court, with a copy to the government and the USPO, by 5/15/06.

Sentencing is continued to 5/30/06 @ 9:00 a.m.

Defendant to remain out on bail with the same conditions to apply.

Submitted by: Toni Fujinaga Courtroom Manager.