# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

05/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO. 02-00175SOM

CASE NAME:          United States of America Vs. (10) Chasity Kalawe

ATTYS FOR PLA:      Ken Sorenson for Thomas Muehleck

ATTYS FOR DEFT:     (10) Katherine Kealoha

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     05/30/2006               TIME:        9:02am-9:27am

---

COURT ACTION:  EP: Continued Sentencing to the Information, Defendant's Motion for Downward Departure and United States Motion for Downward Departure as to Defendant (10) Chasity  Kalawe-Defendant present not in Custody.

Court will continue this matter to 6/15/2006 @3:45 p.m. to allow  the Defendant to Confer with her Family Court Attorney Stephen Hioki regarding the Custody of her Three Children.  Mr. Hioki is to be present at the 6/15/2006 Hearing.

Defendant to continue on Bail.

Submitted by Leslie L. Sai, Courtroom Manager