# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 02-00175SOM

CASE NAME:          USA vs. (10) Chasity Kalawe

ATTYS FOR PLA:      Kenneth Sorenson

ATTYS FOR DEFT:     10 Katherine Kealoha

                    Ellie Asasaki (USPO)

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/29/2006 | TIME: | 1:30 - 1:55 |

COURT ACTION:  EP: Continued Sentencing to the Information; Defendant's Motion for Downward Departure; Government's Motion for Downward Departure -

Defendant (10) Chasity Kalawe present.

Discussion held re: Stephen Hioki's letter and the issue of guardianship and parental rights.

Ms. Kealoha notified the Court that the Defendant's hearing in family court is set for 8/9/06.

This sentencing is continued to 8/21/06 @ 2:15 p.m.

If the family court hearing does not occur on 8/9/06, or if the court does not issue an order before 8/21/06, parties to notify the CRM.

Ms. Kealoha to submit a memo to the Court re: status of this case by 8/15/06.

Submitted by: Toni Fujinaga, Courtroom Manager.